IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTHA MEEKER AND MATHEW MEEKER, AS CO-EXECUTORS OF THE ESTATE OF DON MEEKER, DECEASED, | § § § § | |
| *Plaintiffs/Counterdefendants* | § § | NO. 4:04-CV-4250-JPG |
| v. | § § | |
| MICHAEL BELLEVILLE, *Defendant/Counterclaimant*. | § § § | |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case are dismissed with prejudice.

**NORBERT JAWORSKI, CLERK**

**Dated: November 26, 2007**          s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**